Luba Manberg v. Union Railway Company of New York City, Impleaded with Secundino Brage.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Ira Jacobs v. Murray W. Garsson and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Henry A. Caesar and Others v. Samuel Hyman.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Monie Heyman v. Warren Credit Co., Inc., and Central Discount Corporation.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Barrett Building Company, Inc., v. Nicholas Dyruff.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Elizabeth A. Reilly v. Abraham D. Feldstein and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Jacob C. Lifton v. Philip Posner and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

H. T. C. Hotel Corporation v. Royal Indemnity Company.— Application granted on condition that defendant file a stipulation for judgment absolute in event of affirmance. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

100 Central Park South, Inc., v. Yvonne D'Arle.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

George C. Aronstamm, as Executor, etc., of Charles A. Aronstamm, Deceased, v. American Exchange Irving Trust Company.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Ellis G. Potter v. The Chase National Bank of the City of New York.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Sarah H. DeMore, as Administratrix c. t. a. of Harry DeMore, Deceased, v. Florence Garnette.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Ruth W. Whaley v. Eastern Steamship Lines, Inc., and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Herman S. Whaley v. Eastern Steamship Lines, Inc., and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.